UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and THE PROCTER & GAMBLE COMPANY, an Ohio corporation, <br><br>Plaintiffs,<br><br>v.<br><br>DOES 1-25, doing business as KEVIN D. RODRIGUEZ, LORRAINE T. MOORE, SANDRA R. ARAMBULA, DEBORAH J. GRAYSON, MARILYN V. ADERSON, ZACHARY DUNCAN, and CAROLE DAVIS,<br><br>Defendants. | CASE NO. 2:20-cv-791<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND BY 90 DAYS THE DEADLINE TO SERVE DEFENDANTS |

The matter comes before the Court on Plaintiffs Amazon.com, Inc. and the Procter & Gamble Company's ("P&G") most recent status report. Dkt. No. 26. Plaintiffs request that the Court extend the deadline for them to serve Defendants by 90 days to allow them time to obtain information about the Doe Defendants.

Although plaintiffs risk dismissal of their action if they fail to serve the defendant within 90 days after the complaint is filed, a court must extend the time for service for an appropriate period if the plaintiff shows good cause for the delay. Fed. R. Civ. P. 4(m). Here, the Court finds good cause for a 90-day extension as Plaintiffs continue to investigate the individuals allegedly

ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND BY 90 DAYS THE DEADLINE TO SERVE DEFENDANTS - 1

responsible for the violations set forth in their complaint. Accordingly, Plaintiffs must serve Defendants no later than November 9, 2023. If Plaintiffs fail to serve Defendants by this date, the Court directs them to file a status report within seven days of the passed deadline.

Dated this 11th day of August, 2023.

Jamal N. Whitehead
United States District Judge